**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 19-05011MJ-001-PHX-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Brandon Rene Hadar-Espinoza, | |
| Defendant. | |

The Court has considered Demand for Speedy Disposition of Detainer (Doc. 7). This case was dismissed and the warrant quashed by Order issued February 28, 2022 (Doc. 5).

Defendant's Demand is therefore moot.

IT IS ORDERED denying as moot Defendants Demand for Speedy Disposition of Detainer (Doc. 7).

Dated this 28th day of April, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge